UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| NORTH PEARL STREET, A LIMITED PARTNERSHIP, a Washington limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TACOMA, a Washington municipal corporation,<br><br>Defendant. | No. 3:24-cv-5794-TMC<br><br>STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT |

## I. INTRODUCTION

WHEREAS, the parties have conferred on more than one occasion about the nature and posture of the case; and

WHEREAS, the parties believe this case is subject to a number of gateway legal issues, which do not require substantial discovery; and

WHEREAS, the parties desire to efficiently adjudicate this case in a manner that minimizes needless costs and delay; and

WHEREAS, the parties also desire to minimize redundant and unhelpful briefing which are often attendant to cross-motions; and

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT (3:24-cv-5794-TMC) - 1

WHEREAS, LCR 7(k) encourages parties to agree on a briefing schedule for cross-motions and to submit it to the court through a stipulated motion and proposed order; and

WHEREAS, the parties have crafted a summary judgment briefing schedule that differs from the Court's standing order, which they are now submitting for the Court's consideration.

## II. STIPULATION

Pursuant to LCR 7(k), the parties hereby stipulate to the following summary judgment briefing schedule for the legal-questions phase of this bifurcated litigation:

| | |
|---|---|
| **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** | April 18, 2025 |
| **DEFENDANT'S COMBINED RESPONSE BRIEF AND CROSS-MOTION FOR SUMMARY JUDGMENT** | May 19, 2025 |
| **PLAINTIFF'S COMBINED RESPONSE BRIEF AND REPLY BRIEF** | May 30, 2025 |
| **DEFENDANT'S REPLY BRIEF** | June 9, 2025 |

The parties further stipulate that Defendant's Combined Response Brief and Cross-Motion for Summary Judgment shall be limited to 11,000 words, and that Plaintiff's Combined Response and Reply Brief shall be limited to 6,800 words, giving each party a total of 15,200 words for the cross-motions, responses, and replies. These word-counts break down as follows:

| | |
|---|---|
| **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** | 8,400 |
| **DEFENDANT'S COMBINED RESPONSE BRIEF AND CROSS-MOTION FOR SUMMARY JUDGMENT** | 11,000 |
| **PLAINTIFF'S COMBINED RESPONSE BRIEF AND REPLY BRIEF** | 6,800 |
| **DEFENDANT'S REPLY BRIEF** | 4,200 |

The parties further stipulate that, following the Court's ruling on the summary judgment cross-motions, if the case is not dismissed, they shall confer and submit a joint status report recommending discovery and trial-related deadlines.

SO STIPULATED.

CITIZEN ACTION DEFENSE FUND

By *s/ Jackson Maynard, Jr.*
    Jackson Maynard, Jr., WSBA #43481
*Attorney for Plaintiff*

CITY OF TACOMA

By *s/ Chris Bacha*
    Chris Bacha, WSBA #16714
*Attorney for Defendant*

By *s/ David A. Linehan*
    David A. Linehan, WSBA #34281
*Attorney for Defendant*

By *s/ Ann Marie J. Soto*
    Ann Marie J. Soto, WSBA #42911
*Attorney for Defendant*

### III.  ORDER

The Court, finding good cause, hereby ORDERS that the above briefing schedule and modified word limits supersedes the prior dispositive motion filing deadline of May 1, 2025, and further ORDERS that, if the case survives summary judgment, the parties shall submit a joint status report recommending discovery and trial-related deadlines.

    SO ORDERED.

STIPULATION AND ORDER SETTING BRIEFING
SCHEDULE FOR SUMMARY JUDGMENT (3:24-
cv-5794-TMC) - 3

Dated this 4th day of April, 2025.

_____
Tiffany M. Cartwright
United States District Judge